Thad M. Scroggins, Esq., SBN 299453
**THE LAW OFFICE OF THAD M. SCROGGINS**
155 N. Lake Ave., Suite 800
Pasadena, CA 91101
Tel: (626) 993-6715
Fax: (626) 226-5594
thad@scrogginsesq.com

Attorney for Plaintiff, ANTON INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| ANTON INTERNATIONAL, INC., a California corporation;<br><br>　　　　　Plaintiff,<br>v.<br><br>NINGBO MIZHIHE IMPORT & EXPORT CO., LTD, and DOES 1 through 50, inclusive;<br><br>　　　　　Defendants. | Case No. 5:21−cv−00124−JWH−SHK<br><br>Honorable John W. Holcomb Presiding<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

　　　Plaintiff ANTON INTERNATIONAL, INC. (hereinafter referred to as "Plaintiff"), by and through its undersigned attorney, hereby files this Response to the Court's Order To Show Cause re Dismissal for Lack of Prosecution dated June 7, 2021, and, for the reasons stated herein, respectfully requests that the Court not dismiss its action against Defendant NINGBO MIZHIHE IMPORT & EXPORT CO., LTD (hereinafter referred to as "Defendant").

　　　1.　　On April 29, 2021, Plaintiff's counsel sent the summons and complaint, along with Form CV-21 (Notice and Acknowledgment of Receipt of Summons and Complaint) to Defendant's counsel.

2. On May 3, 2021, Defendant's counsel acknowledged receipt of the summons and complaint by signing Form CV-21.

3. On May 18, 2021, Defendant's counsel emailed Plaintiff's counsel to confirm the response date. Defendant's counsel asserted that since it had waived service of the summons and complaint, Defendant had sixty (60) days to respond from the date of the waiver, thereby establishing Defendant's time to respond to the complaint as July 2, 2021.

4. On May 19, 2021, the parties' counsel conferred by telephone. The parties' counsel agreed on a response date of July 2, 2021.

5. On June 9, 2021, Defendant's counsel contacted Plaintiff's counsel to set up a time to meet and confer regarding Defendant's Motion for Dismissal.

6. On June 10, 2021, the parties' counsel met and conferred regarding Defendant's Motion for Dismissal.

7. Plaintiff intends to file a First Amended Complaint on or before July 2, 2021.

Respectfully submitted,

Dated: June 17, 2021         **THE LAW OFFICE OF THAD M. SCROGGINS**

                             By:   /s/ Thad M. Scroggins
                                   THAD M. SCROGGINS, ESQ.
                                   Attorney for Plaintiff,
                                   ANTON INTERNATIONAL, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I emailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participant: Michael Conway, Esq., michael.conway@offitkurman.com, Attorney for Defendant, NINGBO MIZHIHE IMPORT & EXPORT CO., LTD.

/s/ Thad M. Scroggins
THAD M. SCROGGINS, ESQ.