# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON INTERNATIONAL, INC., A California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NINGBO MIZHIHE IMPORT & EXPORT CO., LTD. and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 5:21-cv-00124-JWH-SHKx<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Having considered the Joint Motion to Extend Time to Respond to Complaint, and having found good cause, the Court **GRANTS** the motion and orders that the current date by which the Defendant must answer or otherwise respond to the Complaint is **EXTENDED** to September 23, 2021.

**IT IS SO ORDERED.**

Dated: August 23, 2021



John W. Holcomb
UNITED STATES DISTRICT JUDGE